In the Matter of the Claim of NICOLA NELSON, Respondent, against MESECK TOWING LINES, Respondent, and GLENS FALLS INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ. [See *post*, p. 1019; 266 App. Div. 699.]